AO 450 (SCD 04/2010)   Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Jason Trammell,<br>*Plaintiff*<br>v. | Civil Action No.   8:19-cv-03345-HMH |
|---|---|
| South Carolina Investment, Inc.; South Carolina Investment I, Inc.; South Carolina Investment II, Inc.; South Carolina Investment III, Inc.; South Carolina Investment IV Inc.; South Carolina Investment V, Inc.; South Carolina Investment VI, Inc.; South Carolina Investment VIII, Inc.; South Carolina Investment XI, Inc.; South Carolina Investment XII, Inc.; Christopher Ware, Individually,<br>*Defendants* | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:  the plaintiff, Jason Trammell, shall take nothing of the defendants South Carolina Investment, Inc., South Carolina Investment I, Inc., South Carolina Investment II, Inc., South Carolina Investment III, Inc., South Carolina Investment IV Inc., South Carolina Investment V, Inc., South Carolina Investment VI, Inc., South Carolina Investment VIII, Inc., South Carolina Investment XI, Inc., South Carolina Investment XII, Inc., and Christopher Ware, from the complaint filed pursuant to 42 U.S.C. § 2000 and this action is dismissed.

This action was *(check one)*:

■ decided by the Honorable Henry M Herlong, Jr, Senior United States District Judge, adopting the Report and Recommendation set forth by the Honorable Jacquelyn D. Austin, United States Magistrate Judge, which recommended granting defendants' motion to dismiss.

Date:   September 8, 2020                              *ROBIN L. BLUME, CLERK OF COURT*

                                                              s/A. Buckingham
                                                              *Signature of Clerk or Deputy Clerk*